DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

BRUCE CALDWELL WILLIAMS

Debtor

) Chapter 13
) Case No. 15-51793 MEH
)
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) BRUCE CALDWELL WILLIAMS
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $5,100.75.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Bruce Caldwell Williams
443 Juanita Dr
Santa Clara, CA  95050

Dated: November 02, 2016

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE

15-51793 MEH - Notice of Unclaimed Dividend